THE NATIONAL PARK BANK OF NEW YORK, Respondent,
v. HENRY BILLINGS et al., Appellants.

*National Park Bank* v. *Billings*, 144 App. Div. 536, affirmed.
(Argued October 4, 1911; decided October 24, 1911.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered May 19, 1911, which modified and affirmed
as modified an order of Special Term granting a motion
for judgment upon the pleadings in a judgment cred-
itor's action to secure the sale of an alleged interest of
the defendant Billings in his father's estate to satisfy a
judgment.

The following questions were certified:

"*First.* May the court upon motion, after issue joined
in an action by demurrer to the complaint, give judg-
ment upon the pleadings?

"*Second.* Does the complaint state facts sufficient to
constitute a cause of action?"

*J. Culbert Palmer* for appellants.

*C. H. Payne* and *Louis F. Doyle* for respondent.

Order affirmed, with costs, on opinion of MILLER,
J., below, and questions certified answered in the
affirmative.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD
BARTLETT, HISCOCK and CHASE, JJ.; HAIGHT, J., con-
curs with MILLER, J., below, so far as the merits are
concerned, but dissents as to the practice upon opinion
of McLAUGHLIN, J., below.